## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fisher, Patricia A

Printed:  9/3/08

Case Number:  05 B 12428
Judge:  Squires, John H
Filed:  4/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  August 14, 2008
Confirmed:  July 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,503.00 |  |
| Secured: |  | 9,286.29 |
| Unsecured: |  | 4,915.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 906.20 |
| Other Funds: |  | 1.14 |
| Totals: | 17,503.00 | 17,503.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,394.00 | 2,394.00 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 9,286.29 | 9,286.29 |
| 4. | ECast Settlement Corp | Unsecured | 813.88 | 890.09 |
| 5. | ECast Settlement Corp | Unsecured | 910.77 | 996.06 |
| 6. | ECast Settlement Corp | Unsecured | 938.00 | 1,025.86 |
| 7. | RoundUp Funding LLC | Unsecured | 555.93 | 608.01 |
| 8. | American Express Centurion | Unsecured | 730.16 | 798.55 |
| 9. | General Motors Acceptance Corp | Unsecured | 57.16 | 62.48 |
| 10. | ECast Settlement Corp | Unsecured | 488.56 | 534.32 |
| 11. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 12. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 13. | Radiology Imaging Consultants | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,174.75 | $ 16,595.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 67.32 |
| 5.5% | 202.62 |
| 5% | 62.25 |
| 4.8% | 119.52 |
| 5.4% | 270.25 |
| 6.5% | 184.24 |
|  | $ 906.20 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fisher, Patricia A

Printed:  9/3/08

Case Number:  05 B 12428

Judge:  Squires, John H

Filed:  4/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

